

# CHRIS DANIEL

01-15-00021-CR

## HARRIS COUNTY DISTRICT CLERK

January 7, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 1:35:02 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE DENISE COLLINS
208TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name: OBED JOSEPH RODRIGUEZ

Cause No: 1399946

Court: 208TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12-29-14
**Sentence Imposed Date:** 9-12-14
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L. Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

CHERYL PIERCE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

STATE OF TEXAS          CAUSE NO.          IN THE 208TH COURT

VS                     1399946            OF HARRIS COUNTY, TEXAS

OBED RODRIGUEZ          1407828            HARRIS COUNTY, TEXAS

## Motion Notice of Appeal - Guilty plea

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW OBED RODRIGUEZ, DEFENDANT IN THE ABOVE ENTITLED AND NUMBERED CAUSE, AND WITHIN 90 DAYS OF SEP-12-14 [STATE ACTION THAT TRIGGERED BEGINNING OF TIME PERIOD. E.G. SENTENCING] FILES THIS NOTICE OF APPEAL FROM HIS PLEA OF GUILTY IN CAUSE NO. 1399946/1407828

DEFENDANT ACKNOWLEDGES THAT THE PLEA IN THE ABOVE ENTITLED AND NUMBERED CAUSE WAS ENTERED PURSUANT OF THE PROVISIONS OF ARTICLE 1.15 OF THE CODE OF CRIMINAL PROCEDURE, AND THAT THE PUNISHMENT ASSESSED DOES NOT EXCEED THAT RECOMMENDED BY THE PROSECUTOR AND AGREED TO BY THE DEFENDANT AND HIS ATTORNEY BUT FURTHER SHOWS THE COURT THAT THE LAWYER WAS I.A.C [INEFFECTIVE ASSISTANCE OF COUNSEL] MOTION TO DISMISS COUNSEL [8-25-14] DOCKET NUM. 46 OF 2 OF 3 PAGE. THUS, DEFENDANT TENDERS THIS NOTICE AS EVIDENCE OF HIS DESIRE TO APPEAL THE CONVICTION IN CAUSE NO. 1399946/1407828

RESPECTFULLY SUBMITTED

Obed Rodriguez
DEFENDANT.

FLIP→

"I OBED RODRIGUEZ TDC# 1948981 SPN# 02605340, BEING PRESENTLY INCARCERATED IN JV AII RED UNIT, IN WICHITA COUNTY, TEXAS, DECLARE UNDER PENALTY THAT HE FOR GOING IS TRUE AND CORRECT.

EXECUTED DATE ON 12-22-14 (SIGNATURE)

## ORDER

ON THIS THE _____ DAY OF _____, 20 ___, CAME TO BE HEARD BY ME, THE DEFENDANT'S NOTICE OF APPEAL AND IT APPEARS TO THIS COURT THAT THIS MOTION SHOULD BE.

GRANTED: _____

DENIED: _____

AND ITS SO ORDERED

_____
JUDGE PRESIDING

JAIL "RED" UNIT
OBED RODRIGUEZ TDC# 1948981
2101 FM 369 N. (4F-4B)
IOWA PARK. TX 76367

7700219307S

LEGAL
MAIL

NORTH TEXAS TX FBCDC
DALLAS TX 750
24 DEC 2014 PM 11



DISTRICT COURT CLERK
CHRIS DANIEL
1201 FRANKLIN ST
HOUSTON. TX 77002

 

Cause No. 1399446

**THE STATE OF TEXAS**

IN THE _1108th_ DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. ____

Obed Rodriguez , Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☒ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____
Judge

**SEP 1 4 2014**

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

**FILED**
Chris Daniel
District Clerk
SEP 12 2014
Time: _____
Harris County, Texas
By _____ Deputy

State Bar of Texas ID number: _14542600_

Telephone number: _____

Fax number (if any): _____

Mailing Address: _21 Watling Ave #660_

Telephone number: _281 3796901_

Fax number (if any): _832 8130321_

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

Cause No. 1399946

| STATE OF TEXAS | § | IN THE 208th DISTRICT COURT |
|---|---|---|
| v. | § | |
| | § | |
| | § | |
| Oscar Rodriguez, | § | OF HARRIS COUNTY, TEXAS |
| Defendant | § | |

## ADVICE OF DEFENDANT'S RIGHT TO APPEAL

**The Court, pursuant to Tex. R. App. P. 25.2, advises the Defendant as follows:**

1. Texas law gives a defendant convicted of a crime the right to appeal his conviction.

2. If you **pleaded guilty** or **no contest** and accepted the punishment recommended by the prosecutor, however, you **cannot** appeal your conviction unless the Court gives you permission. If you **waived** or gave up your right to appeal, you **cannot** appeal your conviction.

3. If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal **in writing** to this Court's clerk within **30 days**.

4. If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney in writing of any **change in your address**.

5. If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review in the Court of Criminal Appeals within **30 days** of the issuance of the opinion by the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

**The Defendant declares the following to the Court** (choose one):

1. ☑ I read and write English. I have read and I understand this document. _____ (Defendant initial here if true); or

2. ☑ I speak English. _X RMbcnow_ _____ (name reader) read this document to me. I understand its contents. _____ (Defendant initial here if true); or

3. ☑ I do not speak English. _OR_ _____ (name translator) translated this document for me. I understand its contents. _____ (Defendant initial here if true).

X _____ 9.14.14
Defendant's signature
Sworn to and subscribed before me on ____SEP 1 4 2014____ .

_____
Harris County Deputy District Clerk

F I L E D
Chris Daniel
District Clerk

SEP 1 2 2014

Time:_____
Harris County, Texas

By_____
Deputy

_____
PRESIDING JUDGE
208 District Court
Harris County, Texas

Revised 5/2/12

**CLERK**

# APPEAL CARD

15t

Court 208

11-11-14

Cause No. 1309416

### The State of Texas
### Vs

OBED RODRIGUEZ

Date Notice
Of Appeal: 9-12-14    12/29/2014

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding DENISE ~~BEE~~ COLLINS

Court Reporter CHERYL PIERCE

Court Reporter N/A

Court Reporter _____

Attorney
on Trial ROBERT MORROW/ JOSEPH SCARDINO/JERALD GRABER

Attorney
on Appeal TO BE DETERMINED

Appointed_____ Hired_____

Offense CAPITAL MURDER

Jury Trial Yes_____ No ✓

Punishment
Assessed LIFE W/O PAROLE

Companion Cases
(If Known)_____

Amount of
Appeal Bond $0

Appellant
Confined: Yes ✓ No_____

Date Submitted
To Appeal Section 12/30/14

Deputy Clerk alison Ledee